IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | Criminal No.    8:19-MJ-621 (GLF) |
| EXTRADITION OF | ) | |
| VICTOR LAZORE | ) | |
| | ) | |

## CERTIFICATION AND COMMITTAL FOR EXTRADITION

Having held an extradition hearing on January 7, 2020, and after considering the evidence, in particular, the certified and authenticated documents submitted by the Government of Canada, and the arguments of both counsel, the Court finds and certifies to the Secretary of State as follows:

(1) This Court has jurisdiction over, and the undersigned is authorized to conduct, extradition proceedings pursuant to 18 U.S.C. § 3184 and Local Rule of Criminal Procedure 58.1(a)(2)(B);

(2) This Court has personal jurisdiction over Victor Lazore (the "Fugitive"), found and arrested on September 30, 2019, in this District pursuant to a complaint filed by the United States in response to the request of the Government of Canada for Lazore's provisional arrest with a view towards his extradition;

(3) The extradition treaty between the United States and the Government of Canada, Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983, *as amended by* the Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. TREATY DOC. NO. 101-17 (1990), *and* the Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. TREATY DOC. NO. 107-11 (2002) (collectively, the "Treaty"), was in full force and effect at all times relevant to this action;

(4) The Fugitive has been charged in Canada with first degree murder in violation of Section 235 of Canada's Criminal Code.   The above-referenced Treaty between the United States and Canada encompasses this offense for which the Fugitive has been charged, and for which extradition is sought for trial; and

(5)   There is probable cause to believe that the Fugitive before this Court, the same person identified in the extradition request from the Government of Canada, committed the offense for which extradition is sought;

THEREFORE, pursuant to 18 U.S.C. § 3184 and the above findings, I certify the extradition of the Fugitive, Victor Lazore, to Canada, on the offense for which extradition was requested, and commit the Fugitive to the custody of the United States Marshal pending further decision on extradition and surrender by the Secretary of State pursuant to 18 U.S.C. § 3186.

I further order that the Clerk of this Court forward a certified copy of this Certification and Committal for Extradition to the Secretary of State.

UNITED STATES MAGISTRATE JUDGE

DATED: *January 7, 2020*

Presented by: *Katherine Kopita*

AUSA NAME
Assistant U.S. Attorney